# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK EDWARD GUY,<br><br>    Plaintiff,<br><br>  v.<br><br>MARGARET MIMS, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00721 AWI-DLB PC<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR WITHDRAWAL OF ACTION |

    Plaintiff Patrick Edward Guy ("Plaintiff") is an inmate in the custody of the Fresno County Jail. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed on May 5, 2011. The action in currently in discovery.

    On May 13, 2014, Plaintiff filed a request for "withdrawal" of this action. As Defendants Ashmore, Lefors and Kurtze have filed an answer, Plaintiff's request does not automatically close this action. Accordingly, within ten (10) days, Defendants are ORDERED to respond to Plaintiff's request for dismissal. Fed. R. Civ. Proc. 41(a)(2).

IT IS SO ORDERED.

    Dated: **May 14, 2014**            /s/ *Dennis L. Beck*
                                                             UNITED STATES MAGISTRATE JUDGE