# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK EDWARD GUY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET MIMS, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00721 AWI-DLB PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS ACTION<br><br>(Document 26) |

　　Plaintiff Patrick Edward Guy ("Plaintiff") is an inmate in the custody of the Fresno County Jail. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed on May 5, 2011. The action in currently in discovery.

　　On May 13, 2014, Plaintiff filed a request for "withdrawal" of this action. As Defendants Ashmore, Lefors and Kurtze filed an answer, the Court ordered Defendants to respond to Plaintiff's request for dismissal. Fed. R. Civ. Proc. 41(a)(2).

　　On May 19, 2014, Defendants filed a statement of non-opposition to Plaintiff's request.

　　Accordingly, the Court GRANTS Plaintiff's request to withdraw this action. The action is DISMISSED WITHOUT PREJUDICE. This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:　May 22, 2014　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1